UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ELAINE L. CHAO, SECRETARY OF LABOR,          :
UNITED STATES DEPARTMENT OF LABOR,
                                             :
            Plaintiff,
                                             :
      v.                                             CIVIL ACTION
                                             :
LOCAL 57, LABORERS INTERNATIONAL                     NO. 03-279
UNION OF NORTH AMERICA, AFL-CIO,             :
                                             
            Defendant.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

## MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff respectfully moves that the Court enter the attached Judgment declaring the persons certified by the plaintiff as having been duly elected officers of the defendant labor organization and that they serve for a full constitutional term of office. The plaintiff so moves based upon the attached Certification of Election. Defendant's counsel has been advised of this

Motion, and this Motion is uncontested.

Respectfully submitted,

Post Office Address:

U.S. Department of Labor
Office of the Solicitor
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
(215) 861-5132

Howard M. Radzely
Solicitor of Labor

Catherine Oliver Murphy
Regional Solicitor

Gayle M. Green
Attorney
U.S. Department of Labor

Virginia A. Gibson
Chief, Civil Division
U.S. Attorney's Office

Sonya Fair Lawrence
Assistant U.S. Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8921

Attorneys for Plaintiff