UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY OF LABOR, U.S. DEPT. OF LABOR, : | |
| : | Civil Action |
| Plaintiff, : | No. 03- 279 |
| : | |
| v. : | |
| : | |
| LOCAL 57, LABORERS INT'L UNION OF NORTH AMERICA AFL-CIO, : | |
| : | |
| Defendant : | |

---

## FINAL JUDGMENT

It appearing to the Court, that, pursuant to its Consent Order of May 12, 2004, the defendant conducted a new election of officers under the supervision of the plaintiff; and that the plaintiff has filed a Certification of Election, certifying that such new election was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §481, et seq.), and in conformity with the Constitution and By-Laws of the defendant so far as lawful and practicable; and that no complaints were received concerning the conduct of the election. The Court having considered said Certification and being fully advised, it is upon motion of the plaintiff, hereby

ADJUDGED, ORDERED AND DECREED that the persons named in the Certification of Election filed as aforesaid by the plaintiff, are the duly elected officers of the defendant labor organization to serve for a full constitutional term of office.

Dated:_____

_____
Cynthia M. Rufe
United States District Court Judge