UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------------

ELAINE L. CHAO, SECRETARY OF LABOR         :
UNITED STATES DEPARTMENT OF LABOR,          :
                                            :
                Plaintiff,                  :
                                            :         Civil Action
                                            :
        v.                                  :         No. 03-279
                                            :
LOCAL 57, LABORERS INTERNATIONAL            :
UNION OF NORTH AMERICA, AFL-CIO             :
                                            :
                                            :
                Defendant                   :

---------------------------------------------------------------------

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the Secretary of Labor, United States Department of Labor, pursuant to a Consent Order issued May 12, 2004, in the United States District Court for the Eastern District of Pennsylvania, in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 481 et seq.) and in conformity with the Constitution and Bylaws of the defendant labor organization, insofar as lawful and practicable, and no complaints having been received concerning the conduct thereof, therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

**IT IS HEREBY CERTIFIED** that the following named candidates are duly elected to the office designated:

| | |
|---|---|
| Michael Daniels | President/Delegate to Laborers District Council |
| David Gardner | Vice President |
| Francis Foley | Recording Secretary |
| Michael Carfagno | Secretary-Treasurer |
| Richard A. McCurdy | Business Manager/Delegate to Laborers, District Council |
| Kevin Williams | Sergeant-at-Arms |
| Joseph Lalli | Auditor |
| Lorraine Volz | Auditor |
| Hector Arroyo | Auditor |
| Albert Ladson | Executive Board |
| Richard Pew | Executive Board |
| Michael Carfagno | Delegate to Laborers District Council |
| Walt Higgins | Delegate to Laborers District Council |
| Harold Watkins | Delegate to Laborers District Council |

Signed this 27th day of June, 2005.

Patricia M. Fox, Acting Chief
Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
United States Department of Labor